UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDWARDO GARCIA JR. | § § | CIVIL ACTION NO. **1:24-cv-00036** |
| Plaintiff | § § | |
| VS. | § § | |
| LYFORD SUPERETTE, LLC | § § | |
| Defendant | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, EDWARDO GARCIA JR. Plaintiff and LYFORD SUPERETTE, LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED: October 28, 2024     FOR EDWARDO GARCIA JR., Plaintiff

BY:     _/S/   R. Bruce Tharpe_
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: October 28, 2024　　　FOR LYFORD SUPERETTE, LLC Defendant

BY:　***/S/　Robert L. Guerra, Jr.***
Mr. Robert L. Guerra, Jr.
LAW OFFICE OF ROBERT GUERRA, PLLC
1201 E. Van Buren Street
Brownsville, Texas 78520
(956) 254-0694 – Office