United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| EDWARDO GARCIA JR., <br> "Plaintiff," <br><br> v. <br><br> LYFORD SUPERETTE, LLC., <br> "Defendant." | § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 1:24-cv-00036 |

## ORDER ON STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Joint Stipulation of Dismissal with Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. No. 20) in the above-captioned civil case. The parties informed the Court that the matters in controversy were resolved. *See* Dkt. No. 20. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on October 29, 2024.

_____
Rolando Olvera
United States District Judge